UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DERRICK LOVELY | CIVIL ACTION NO. 19-cv-0145 |
| VERSUS | JUDGE JUNEAU |
| BLAISE SMITH | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Pursuant to FRCP 12(b)(6) [Doc. 16] filed by the defendant, Blaise Smith, is GRANTED, and all claims alleged against Mr. Smith are DENIED AND DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of December, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE